UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB M. BOSLEY,

Plaintiff,

v.

MAHONEY, et al.,

Defendants.

No.  2:24-cv-00141-DC-EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 16, 24)

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2026 (ECF No. 24) are ADOPTED;

2. Defendants' motion to dismiss (ECF No. 16) is DENIED as to plaintiff's excessive force claim against defendant Coelho and GRANTED as to plaintiff's unreasonable search claim against defendant Mahoney;

3. Plaintiff is granted leave to file an amended complaint within 30 days of the date of this order; and

4. The matter is referred back to the magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:    **April 2, 2026**

Dena Coggins
United States District Judge

2